1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   MARY ALLISON,                          No.  2:12-cv-00455-MCE-CMK

12              Plaintiff,

13         v.                               ORDER

14   E CENTER,

15              Defendant.

16

17        On May 21, 2012, this Court issued its Pretrial Scheduling Order ("PTSO" or "Order").

18   Presently before the Court are Plaintiff's Objections ("Objections") to that Order.  Plaintiff has

19   identified for the Court a latent ambiguity within the PTSO that makes the Order susceptible to

20   the interpretation that the Court intends to depart from the requirements of the Federal Rules of

21   Civil Procedure with respect to the exchange of expert witness reports.  That is not the Court's

22   intention.  Accordingly, the Court now clarifies that, in conformity with Federal Rule of Civil

23   Procedure 26(a)(2)(B), the parties to this case are not required to exchange expert reports drafted

24   by percipient experts.

25   ///

26   ///

27   ///

28   ///

1

1

2

Rather, in conformity with Rule 26, the designation of each retained expert shall be accompanied

by a written report prepared and signed by the witness.  Plaintiff's Objections (ECF No. 10) are

3

thus sustained.

4

        IT IS SO ORDERED.

5

Dated:  July 31, 2012

6

7

_____

        MORRISON C. ENGLAND, JR

8

        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28