1  ALAN ADELMAN, ESQ., BAR NO.: 170860
   **LAW OFFICES OF ALAN ADELMAN**
2  240 Stockton Street, 4th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1376
4  Facsimile:  (415) 358-4060

5  Attorney for Plaintiff
   MARY ALLISON

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  MARY ALLISON,                    CASE NO. 2:12-CV-00455-MCE-CMK

12             Plaintiff,            **STIPULATION AND ORDER TO DISMISS THIS LAWSUIT WITH PREJUDICE**
       v.
13
    E CENTER,
14
               Defendant.
15

16  WHEREAS the parties to this action, and each of them, have fully and finally resolved

17  all issues set forth in this case.

18  IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties

19  that this action is hereby dismissed with prejudice as to all Defendants.

20  Dated:  January 3, 2014             LAW OFFICES OF ALAN ADELMAN

21
                              By:    /s/ Alan Adelman
22                                   ALAN ADELMAN
                                     Attorney for Plaintiff
23                                   MARY ALLISON

24

25

26  ///

27  ///

28  ///

1

1 | Dated:  January 3, 2014                    MATHENY SEARS LINKERT & LAIME, LLP

2

3                                             By:      /s/  Michael A. Bishop
                                                     Michael A. Bishop
4                                                    Attorney for Defendant
                                                     E CENTER
5

6                                          **ORDER**

7      Pursuant to the stipulation of the parties, this lawsuit is hereby DISMISSED WITH

8  PREJUDICE.

9      **IT IS SO ORDERED.**

10

11  Dated:  January 13, 2014

12                                          _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
13                                          UNITED STATES DISTRICT COURT

2